**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JOSEPH SHINE-JOHNSON,**

             **CASE NO. 2:20-CV-01873**

     **Petitioner,**          **CHIEF JUDGE ALGENON L. MARBLEY
                            Chief Magistrate Judge Elizabeth P. Deavers**

     **v.**

**WARDEN, BELMONT CORRECTIONAL
INSTITUTION,**

     **Respondent.**

## <u>ORDER</u>

       Petitioner has filed a Motion for Stay and Abeyance pending resolution of state post-conviction proceedings.  (ECF No. 8.)  Respondent does not oppose Petitioner's request.  (ECF No. 9.)  Petitioner's motion for a stay (ECF No. 8) is **GRANTED.**

       This action is **STAYED** pending resolution of state post-conviction proceedings.  Petitioner shall submit an update with this Court of the status of those proceedings every thirty (30) days.

       **IT IS SO ORDERED**.

                                *s/ Elizabeth A. Preston Deavers*
                                ELIZABETH A. PRESTON DEAVERS
                                CHIEF UNITED STATES MAGISTRATE JUDGE