# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

JOSEPH SHINE-JOHNSON,

        Petitioner,    :    Case No. 2:20-cv-1873

  - vs -        Chief Judge Algenon L. Marbley
                Magistrate Judge Michael R. Merz

WARDEN,
  Belmont Correctional Institution,

                              :

        Respondent.

## ORDER DISSOLVING STAY

        On May 1, 2020, Chief Magistrate Judge Elizabeth Preston Deavers, on Petitioner's Motion, stayed this habeas corpus case pending Petitioner's exhaustion of state court post-conviction proceedings (ECF No. 10). Judge Deavers required regular status reports on those proceedings, and on November 4, 2020, Petitioner advised this Court that he had appealed to the Ohio Supreme Court (Case No. 20-1302) and was awaiting that Court's decision,

        The Court takes judicial notice from the website[1] of the Supreme Court of Ohio that on December 15, 2020, that court declined to accept jurisdiction over Petitioner's appeal. This terminates Petitioner's state court proceedings. Accordingly, the Stay of these proceedings is DISSOLVED.

December 16, 2020.

                                            s/ *Michael R. Merz*
                                        United States Magistrate Judge

---

[1] www.supremecourt.Ohio.gov, visited December 16, 2020.